# Court of Appeals
# of the State of Georgia

ATLANTA,  February 23, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0248. RONALD K. ELLIS v. THE STATE.**

In 2003, Ronald K. Ellis was found guilty of numerous offenses, including kidnapping with bodily injury, and his conviction was affirmed on appeal. See *Ellis v. State*, 282 Ga. App. 17 (637 SE2d 729) (2006). Ellis has since filed multiple extraordinary motions for new trial. On December 2, 2015, the trial court entered an order dismissing Ellis's third such motion. Ellis filed this discretionary application on January 25, 2016. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Ellis filed his application 54 days after entry of the order he seeks to appeal.[1] Accordingly, this application is untimely and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Moreover, because this was the third extraordinary motion for new trial filed by Ellis, the trial court properly dismissed the motion. See OCGA § 5-5-41 (b) (only one extraordinary motion for new trial allowed).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*___02/23/2016___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*